UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TINNUS ENTERPRISES, LLC, | ) |
| | ) |
| v. | ) |
| | ) Civ. Action No. 6:16-cv-00035-RWS-JDL |
| WALGREENS BOOTS ALLIANCE, | ) |
| INC. D/B/A WALGREENS, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |
| | ) |

**TINNUS ENTERPRISES, LLC'S NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE**

To: Walgreens Boots Alliance, Inc., d/b/a Walgreens, Defendant, by and through its attorney of record, W. Lance Lee, Attorney at Law, 5511 Plaza Drive, Texarkana, Texas 75503.

Please take notice that this action is dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: February 25, 2016

                          Respectfully submitted,

                          */s/ Kelly J. Kubasta*
                          **Kelly J. Kubasta**
                          Texas Bar No. 24002430
                          **James E. Davis**
                          Texas Bar No. 05504200

                          **FERGUSON BRASWELL & FRASER, P.C.**
                          2500 Dallas Parkway, Suite 501
                          Plano, Texas 75093
                          Phone: 972-378-9111
                          Fax:   972-378-9115
                          kkubasta@dallasbusinesslaw.com
                          jdavis@dallasbusinesslaw.com

                          **COUNSEL FOR PLAINTIFF**
                          **TINNUS ENTERPRISES, LLC**